ACCEPTED
03-15-00416-CV
7610729
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/30/2015 8:55:05 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00416-CV

| | | |
|---|---|---|
| OAK MORTGAGE GROUP, INC. | § | IN THE THIRD CIRCUIT |
| MICHAEL H. NASSERFAR, | § | |
| MICHAEL E. TASK | § | |
| and, | § | |
| TYCORD R. GOSNAY, | § | |
| , | § | COURT OF APPEALS |
| APPELLANTS', | § | |
| | § | |
| VS. | § | |
| | § | |
| AMERIPRO FUNDING, INC., | § | AUSTIN, TEXAS |
| | § | |
| APPELLEE. | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/30/2015 8:55:05 AM
JEFFREY D. KYLE
Clerk

_____

## APPELLANTS' UNOPPOSED
## MOTION TO EXTEND TIME TO FILE REPLY BRIEF

_____

TO THE HONORABLE COURT:

OAK MORTGAGE GROUP, INC. (hereinafter, when the context so requires, referred to separately as "Oak Mortgage"), Michael H. Nasserfar, (hereinafter, when the context so requires, referred to separately as "Nasserfar"), Michael E. Task (hereinafter, when the context so requires, referred to separately as "Task"), and Ty R. Gosnay (hereinafter, when the context so requires, referred to separately as "Gosnay") (all hereinafter referred to collectively for purposes of this document as "Appellants") move the Court of Appeals to extend the time for Appellants to file Appellants' Reply Brief, and say:

APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF PAGE 1

## A.

## INTRODUCTION

1.      Appellants are Oak Mortgage Group, Inc., Michael H. Nasserfar, Michael E. Task and Ty R. Gosnay.  Appellee is Ameripro Funding, Inc..

2. There is no specific deadline to file this Motion to extend time. *See,* Tex. R. App 38.6(d).

3.      This motion is unopposed.

## B.

## ARGUMENT & AUTHORITIES

4.      The Court of Appeals has the authority under Texas Rule of Appellate Procedure 38.6 (d) to extend the time to file a brief.

5.      Appellee's Brief was filed on October 7, 2015 and then re-filed on October 16, 2015.

5.      Appellants' Reply Brief is due 20 days after Appellee's Brief is file, TRAP 38.6(c), which is on either October 27 or November 5, 2015.

6.      Appellants' request additional days to file Appellants' Reply Brief extending the time, if necessary, until November 2, 2015.

7.      No previous extension has been granted to extend the time to file Appellants' Reply Brief.

8. Appellants need additional time to file Appellants' Reply Brief because Appellants' counsel, Wm Charles Bundren, Esq., completed a trial on October 29, 2015 and, additionally, Mr. Bundren is a member of the Board of Directors of the United States District Court for the Eastern District of Texas Bar Association and served as a moderator and board member at the United States District Court for the Eastern District of Texas Bar Association Bench/Bar Conference which occurred between October 21, to October 23, 2015. As a result of these conflicts, the Reply Brief could not be completed earlier.

9. The facts that are included in this Motion are within the personal knowledge of the attorney signing this Motion and are certified to be true and accurate.

## C.

## CONCLUSION

Due to these facts, a short extension of time to file Appellants' Reply Brief is not unreasonable, and the request for the extension is unopposed by Appellee. An extension to complete Appellants' Reply Brief will not unreasonably delay the prosecution of this action.

## D.

## PRAYER

For these reasons, Appellants asked the court to grant an extension of time to file Appellants' Reply Brief until November 2, 2015.

Respectfully submitted,

By: /s/ Charles Bundren

**WM. CHARLES BUNDREN & ASSOCIATES LAW GROUP, PLLC**

Wm. Charles Bundren, Esq.
Attorney-in Charge
State Bar No. 03343200
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
(214) 808-3555    Telephone
(972) 624-5340    Facsimile
e-mail:       charles@bundrenlaw.net
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of October, 2015, all counsel of record were served with a copy of this document in accordance with Rule 21a of the Texas Rules of Civil Procedure by serving the following:

Susan Burton, Esq.
State Bar No.        03479350
GRAVES DOUGHTERY HEARON & MOODY
P.C.
401 Congress., Suite 2200
Austin, Texas 78701
Telephone:  (512) 480-5600
Telecopier:  (512) 480-5862 (facsimile)
E-mail:        sburton@gdhm.com
**ATTORNEY FOR AMERIPRO:**

__X__by the electronic filing manager pursuant to TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),

____ by certified mail return receipt requested deposited with the United States Postal Service on the date indicated above pursuant to TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),

__X__ by email at the email address indicated above pursuant to TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),

____ by commercial delivery service deposited with _____ on the date indicated above pursuant to TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),

and/or

____ by fax at the fax number indicated above pursuant to.
TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),

/s/ Charles Bundren
Wm. Charles Bundren, Esq.
**ATTORNEY FOR:**
**PLAINTIFFS AND**
**COUNTER-DEFENDANTS**